In the Matter of the Application of MARGARET L. HICKIE against LEWIS J. VALENTINE, as Commissioner of Police of the City of New York, and Others.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — Martin, P. J., Townley, Dore, Cohn and Callahan, JJ.

LAWRENCE J. McDERMOTT v. THE NEW YORK CENTRAL RAILROAD COMPANY.— Motion for leave to appeal to the Court of Appeals denied. Present — Martin, P. J., Untermyer, Dore, Cohn and Callahan, JJ.

In the Matter of the Liquidation of LAWYERS MORTGAGE COMPANY.— Motion for leave to reargue motion made to this court on April 25, 1941, for leave to appeal to the Court of Appeals from order of this court entered April 17, 1941, denied. Present — O'Malley, Townley, Glennon, Untermyer and Cohn, JJ.

In the Matter of the Application of HERMAN FINKELSTEIN, Suing, etc., for an Order of Prohibition against THE SPECIAL TERM OF THE SUPREME COURT, NEW YORK COUNTY, Honorable WILLIAM T. COLLINS, and Any Other Justices Presiding at Special Term, New York County, and Others.— Motion denied. The responsibility for a just settlement is in the first instance on the justice at Special Term. We must assume, as did the judge in the United States District Court, who denied petitioner's application for an injunction, that the justice at Special Term will not " do something which in equity and good conscience ought not to be done." Present — Martin, P. J., O'Malley, Townley, Dore and Cohn, JJ.

### (October 21, 1941.)

CAROLINE D. TEUFEL and JOSEPH M. TEUFEL, Appellants, v. TRYON AMUSEMENT CORPORATION, Respondent.— Prejudicial errors were committed during the trial. Judgment unanimously reversed and a new trial ordered, with costs to the appellants to abide the event. Present — Martin, P. J., Glennon, Untermyer, Dore and Callahan, JJ.

SAMUEL HARTMAN and SAUL SCHWARTZ, Respondents, v. THE CITY OF NEW YORK, Appellant.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Townley, Dore and Cohn, JJ.

### (October 24, 1941.)

WARREN FOUNDRY & PIPE CORP., Respondent, v. CENTRAL NATIONAL BANK OF YONKERS, NEW YORK, Appellant, LINN AVE. CONSTRUCTION CORP. and Others, Respondents, and M. C. ROUX TRUCKING CORPORATION and Others, Defendants.— Judgment unanimously modified by reducing the extra allowance to plaintiff to the sum of $200, and as so modified affirmed, without costs. No opinion. Present — Martin, P. J., O'Malley, Townley, Dore and Cohn, JJ.

DELL OLIVIERRA, as Administratrix, etc., of JOSEPH OLIVIERRA, Deceased, Respondent, v. A. LASALA & BROS., INC., Appellant, Impleaded with Another, Defendant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Martin, P. J., O'Malley, Townley, Dore and Cohn, JJ.